IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-00185-01-CR-W-BP |
| ) | |
| DEMARKUS Q. SHELTON, ) | |
| ) | |
| Defendant. ) | |

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) FINDING DEFENDANT COMPETENT TO PROCEED TO TRIAL**

On February 12, 2025, Defendant was ordered to undergo a competency evaluation. (Doc. 34.) Defendant was examined by Rebecca Johnson, Psy.D., who prepared a report documenting her observations and conclusions. It is her opinion that Defendant is competent to proceed to trial. (Doc. 37.)

During a hearing held before United States Magistrate Judge Jill A. Morris on April 22, 2025, the psychologist's report was entered in evidence, and no other evidence was offered. (*See* Doc. 41.) Thereafter, Judge Morris issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 40.) No party objected to the Report and Recommendation, and the time for doing so has passed. Accordingly, after reviewing the Record (including the psychologist's report), it is

ORDERED that the Report and Recommendation of Judge Morris is adopted in its entirety, and this Court finds that Defendant is competent to proceed to trial.

**IT IS SO ORDERED.**

                                                /s/Beth Phillips
                                                BETH PHILLIPS, CHIEF JUDGE
DATE: May 7, 2025                          UNITED STATES DISTRICT COURT