IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-

DEMARKUS Q. SHELTON,

      Defendant.

Criminal Action No.
24-00185-01-CR-W-BP

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count One – Conspiracy to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 844(a)(1), (b)(1)(B) and 846

Counts Two, Four, Five, Seven, Nine, Eleven & Fourteen – Distribution of Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2

Counts Three, Six, Eight, Ten, Twelve & Fifteen – Possession of a Firearm in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Counts Thirteen & Sixteen – Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Forfeiture Allegations One & Two

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner
        Case Agent: Independence, Missouri Police Department Detective Shaun Warren
    Defense: Blade Moore

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Both parties plan to file motions in limine.

**TRIAL WITNESSES**:
    Government: 13 with stipulations; 15 without stipulations
    Defense: 2 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 100 exhibits
    Defense: no additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (   ) Definitely for trial              (   ) Possibly for trial
        (   ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:   **3 ½ days**
      Government's case including jury selection:   3 days
      Defense case:   ½ day

**STIPULATIONS**:
        ( x )    have been proposed as to:
                (   )    chain of custody
                ( x )    chemist's reports
                (   )    prior felony conviction
                ( x )    interstate nexus of firearms

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government:   August 29, 2025
      Defense:   August 29, 2025
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**:   August 29, 2025
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**:   August 29, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing September 15, 2025
      **Please note**:   *No conflicts with the September trial docket were identified.*

**OTHER**:
        (   )    A _____-speaking interpreter is required.
        (   )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                      */s/ Jill A. Morris*
                                      JILL A. MORRIS
                                      United States Magistrate Judge